December 16, 2010

Dear,

Clerk I've submitted the most recent account approval to Lt. Reagans. However it wasn't returned to me and this was his reply. The only other certificate I gave him before about a month ago was for case #: 3:10cv655

Washington Mitchell

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 20 2010
J T NOBLIN, CLERK
BY_____ DEPUTY

# Pike County Detention Center
## Inmate Request/Grievance Form

Date of request: 12-12-10

B

Name: Washington McLeckill

Cell # 120

Request ✓

Grievance ___

Medical ___

Briefly state your request, grievance, or medical problems

Lt. Regan could you please send me my legal Documentation I gave you threw the officer last week to sign about my account Info.

---

Do not write below this line. Space reserved for reply only.

I have already given you legal Documentation about your Account, I will not do this every week.